UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERRILL VOLPICELLI,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>LOVELOCK CORRECTIONAL CENTER WARDEN, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:17-cv-00406-RCJ-VPC<br><br>ORDER |

Petitioner Ferrill Volpicelli has submitted a petition for a writ of habeas corpus (ECF No. 1-1) and has paid the filing fee (see ECF No. 5).

Petitioner has also filed a motion to transfer case and indicates that he is currently challenging the same judgment of conviction in his habeas petition in case no. 3:14-cv-00579-MMD-VPC. On April 3, 2017, this court granted a stay and abeyance of the first federal petition (3:14-cv-00579-MMD-VPC, ECF No. 25). This petition, therefore, is a second or successive habeas corpus petition. *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005); 28 U.S.C. § 2244(b)(3). Petitioner indicates in his motion to transfer that he seeks to add the claims raised here to the earlier-filed action. Volpicelli must move to add claims or amend his petition in the first action, not initiate a new action. In fact, Volpicelli has filed a motion to reopen the earlier case and a motion to supplement and/or amend petition, indicating that he is aware of the proper procedure. Accordingly, this petition shall be dismissed with prejudice as second and successive and/or duplicative.

1

Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

**IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that petitioner's motion to transfer the case (ECF No. 4) is **DENIED**.

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall add Adam Paul Laxalt, Nevada Attorney General, as counsel for respondents.

**IT IS FURTHER ORDERED** that the Clerk shall electronically serve the petition, along with a copy of this order, on respondents. No response by respondents is necessary.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: 29 January 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE